**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-cv-61350-ALTMAN/HUNT**

*In re: Citrix Data Breach Litigation*

**NOTICE OF SETTLEMENT**

The Parties hereby notify the Court that they have reached an agreement on the material terms required to settle all claims in this action. The Parties anticipate submitting a settlement agreement within sixty (60) days of the date of this notice, along with a motion seeking preliminary approval of the settlement and directing notice to the class. The Parties respectfully request that the Court enter an order vacating all deadlines presently pending in this action.

Dated: March 30, 2020

/s   *David F. McDowell*
David F. McDowell (admitted *pro hac vice*)
Nancy R. Thomas (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892.5383
Facsimile: (213) 892.5454
Email: dmcdowell@mofo.com
           nthomas@mofo.com

-and-

Phillip J. Sheehe (Fla. Bar. No. 259128)
Johanna E. Sheehe (Fla. Bar. No. 0119383)
SHEEHE & ASSOCIATES, P.A.
One Biscayne Tower - Suite 1650
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-3515
Facsimile: (305) 379-5404
Email: psheehe@sheeheandassociates.com
           jsheehe@sheeheandassociates.com
           e-filing@sheeheandassociates.com

*Counsel for Defendant Citrix Systems, Inc.*

/s/ *Herman J. Russomanno III*
Herman J. Russomanno III (Fla. Bar No. 21249)
**RUSSOMANNO & BORRELLO, P.A.**
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
herman2@russomanno.com

*Plaintiffs' Liaison Counsel*

/s/ *John A. Yanchunis*
John A. Yanchunis (Fla. Bar No. 324681)
Patrick A. Barthle II (Fla. Bar No. 99286)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
pbarthle@ForThePeople.com

/s/ *J. Austin Moore*
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

/s/ *Gayle M. Blatt*
Gayle M. Blatt (*pro hac vice*)
**CASEY GERRY SCHENK**
**FRANCAVILLABLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
gmb@cglaw.com

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas (*pro hac vice*)
Rosanne L. Mah (*pro hac vice*)
**LEVI & KORSINSKY LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104

            Telephone: (415) 373-1671
            rrivas@zlk.com
            rmah@zlk.com

            *Plaintiffs' Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 30, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on any and all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            /s/  Herman J. Russomanno III