UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61350-CIV-ALTMAN/Hunt

*In re: Citrix Data Breach Litigation*

_____/

## ORDER

**THIS MATTER** comes before the Court on the Parties' Notice of Settlement [ECF No. 41]. The Notice indicates this matter has settled in full. Being fully advised, the Court hereby

**ORDERS** that the Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED as moot**. Any pending deadlines and hearings are **TERMINATED**. The parties shall file a stipulation of dismissal within **sixty (60) days** of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of March 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record